**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DISTRICT**

Lydia C. Henry, on behalf of herself and others similarly situated,

Plaintiffs,

vs.

Cora McCorvey in her official capacity as Executive Director of the Minneapolis Public Housing Authority; and the Minneapolis Public Housing Authority, in and for the City of Minneapolis, a public body corporate and politic,

Defendants.

**ORDER REVISING DISCOVERY DEADLINE AND BRIEFING SCHEDULE**

**CIVIL ACTION NO. 01-CV-2080 DSD/SRN**

**CLASS ACTION**

The parties in the above-matter appeared before the Court by conference call at 1:30 p.m. on August 19, 2002. Dorinda L. Wider, Esq. and James A. Lee, Jr., Esq. participated on behalf of plaintiff; Carol A. Kubic, Esq. participated on behalf of defendants. The parties informed the Court that defendants had completed some, but not all, of the discovery ordered completed by August 16, 2002, in this Court's July 26, 2002, Order. The parties informed the Court that they had agreed to a revised deadline for discovery responses from defendants as well as revised deadlines for plaintiff and defendants' class action motion and response.

The Court, being duly advised in the premises upon all the files, record and proceedings herein, now makes and directs the following Order pursuant to Fed. R. Civ.

AUG 23 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

P. 37 and D. Minn. L. R. 16.1:

IT IS HEREBY ORDERED that:

1. The Court's July 26, 2002, Order is amended so that defendants shall provide amended responses to plaintiff's discovery requests by August 28, 2002.

2. The Amended Pre-Trial Scheduling Order dated February 4, 2002, in this matter is amended as follows:

a. Plaintiff shall serve and file by September 30, 2002, all motions, and all supporting materials relating to class action allegations, including motions to determine whether the action shall be maintained as a class action. *See,* Rule 23(c)(1) of the Federal Rules of Civil Procedure and Local Rule 7. Plaintiff shall obtain a hearing date from the Calendar Clerk of the District Court.

b. Defendants shall serve and file by October 28, 2002, defendants' response to any class action motion in this matter. *See*, Local Rule 7.

c. Plaintiff shall serve and file plaintiff's reply to any class action motion within 10 days after service of defendants' response.

Date: August 23, 2002.

Susan Richard Nelson
Susan Richard Nelson
U.S. Magistrate Judge