# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

LYDIA C. HENRY, on behalf
of herself and others similarly situated

Plaintiff

Case No: Civ. 01/2080 (DSD/SRN)

v.

**JUDGMENT IN A CIVIL CASE**

CORA McCORVEY, in her official capacity as Executive Director of the Minneapolis Public Housing Authority; and the MINNEAPOLIS PUBLIC HOUSING AUTHORITY, in and for the City of Minneapolis, a public body corporate and politic

Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X ) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that:**

Plaintiff's motion for class certification is denied. Plaintiff's motion to stay summary jdugment proceedings pursuant to Fed. R. Civ. P. 56(f) is denied. Defendants' motion for summary judgment is granted.

RICHARD D. SLETTEN, CLERK

Dated: January 31, 2003

Susan E Anderson
Division Manager

N:\JUDGMENT.CIV

47